# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2012

Robert P. Young, Jr.,
Chief Justice

145412

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

HOME DEPOT USA, INC.,
           Plaintiff-Appellee,

v

           SC: 145412
           COA: 301341
           Ct of Claims: 07-000118-MT

STATE OF MICHIGAN and STATE
TREASURER,
           Defendants,
and

DEPARTMENT OF TREASURY,
           Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the May 24, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2012

_____
                           Clerk

t1015